DIGITAL BROADCAST CORPORATION, Appellant, v LADENBURG, THALMANN & CO., INC., et al., Respondents, et al., Defendants.

Submitted December 7, 2009; decided February 11, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

MIC PROPERTY & CASUALTY CORP., Appellant, v MERQUI G. AVILA et al., Defendants, and KAREN SINGLETON BEARDS, Respondent.

Submitted December 7, 2009; decided February 11, 2010

Motion to dismiss appeal granted and appeal dismissed with $400 costs and $100 costs of motion upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY ALFORD, Appellant.

Submitted February 8, 2010; decided February 11, 2010

Motion for assignment of counsel granted and Paul J. Connolly, Esq., 2 Wedge Road, Delmar, New York 12207 assigned as counsel to the appellant on the appeal herein.